# United States District Court
## for the
## DISTRICT OF ALASKA

**RECEIVED**

MAR 2 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA )
)
) Case Number: A02CR0041
)
vs. ) **WARRANT FOR ARREST**
)
)
David C. Thompson )

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest David C. Thompson and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District

3-28-05
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Probation. | | |
| Date Received: 3/28/06<br>Date of Arrest: 3/29/06 | Name and title of arresting officer:<br>John Olson | Signature of arresting officer: |