MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs DAVID C. THOMSPON, SR.   CASE NO. 3:02-CR-00041-01-HRH
Defendant: X Present    X In Custody

BEFORE THE HONORABLE           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES ATTORNEY:        BRYAN SCHODER FOR CRANDON RANDELL

DEFENDANT'S ATTORNEY:          KEVIN MCCOY, FRIEND OF THE COURT

U.S.P.O.:                      MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 03/30/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:01 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above.

 X Financial Affidavit filed. Federal Public Defender to appoint CJA counsel, Scott Dattan appointed; FPD notified.

 X Defendant DENIED Allegations 1 & 2 of the Petition to Revoke Supervised Release.

 X Consent to be filed on or before **April 5, 2006** or case shall be transferred to U.S. District Judge.

 X Defendant detained/Detention/Preliminary Hearing set for **April 5, 2006 at 2:30 p.m.** before Magistrate Judge Roberts. Order of Detention Pending Trial **FILED**.

At 10:12 a.m. court adjourned.

DATE:     March 30, 2006      DEPUTY CLERK'S INITIALS:    Ce