UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA    v.   DAVID C. THOMPSON, SR.

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                          CASE NO.  3:02-cr-00041-01-HRH

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 11, 2006

     The disposition hearing on the petition to revoke supervised release as to the above-named defendant is hereby scheduled to commence on Wednesday, April 26, 2006, at 9:00 a.m. before the Honorable H. Russel Holland.

[]{IA.WPD*Rev.12/96}