UNITED STATES DISTRICT COURT
District of Alaska

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DAVID C. THOMPSON, SR. | **3RD<br>AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 08/26/2002)<br>Case Number: 3:02-CR-00041-01-HRH<br>SCOTT DATTAN<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 03/28/2006 accusing defendant of 2 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1 & 2 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Use of Cocaine | 03/11/2006 | C |
| 2 | Mandatory | Use of Cocaine | 03/26/2006 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 4 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

APRIL 26, 2006
Date of Disposition Hearing

REDACTED SIGNATURE

Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

4/26/06
Date

AO245.REV

Defendant: DAVID C. THOMPSON, SR.          Amended Judgment--Page 2 of 4
Case No.:  3:02-CR-00041-01-HRH

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 MONTHS AND ONE DAY.

NO TERM OF SUPERVISION TO FOLLOW

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.

[_]   The defendant shall surrender to the United States Marshal for this district,
        [_] at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
        [_] before 2 p.m. on _____.
        [_] as notified by the United States Marshal.
        [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
     Deputy Marshal

AO245.REV

Defendant: DAVID C. THOMPSON, SR.        Amended Judgment--Page  3  of  4
Case No.:   3:02-CR-00041-01-HRH

## RESTITUTION AND FORFEITURE
### RESTITUTION

[X]  The defendant shall make restitution to the following persons in the following amounts, as stated in the original judgment:

| Name of Payee | Amount of Restitution |
|---|---|
| Mat Valley Federal Credit | $100.00 |
| CUNA Mutual Insurance | $2,309.56 |
| Northrim Bank | $4,952.50 |
| Denali Alaskan Federal Credit Union | $1,059.96 |
| Alaska USA Federal Credit Union | $7,069.90 |
| Credit Union One Federal Credit Union | $2,400.81 |
| Cathy Ulrich | $2,940.00 |

Payments of restitution are to be made to:

  [X]  the United States Attorney for transfer to the payee(s).

Restitution shall be paid:

  [X]  in full immediately.
  [X]  in installments according to the following schedule of payments:
Any unpaid amount of the restitution, fine, and special assessment is to be paid during the period supervision in monthly installments of not less 10% of the defendant's gross monthly income or $25.00, whichever amount is greater.

$20,832.73 to be paid jointly and severally with co-defendants: Jory N. Ulrich, 3:02-CR-00041-02-HRH; Olga Marie Ayuluk, 3:02-CR-00041-03-HRH; Jeannine L. Lane, 3:02-CR-00041-04-HRH; and Katherine C. Vann, 3:02-CR-00041-052-HRH.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

---

### FORFEITURE

[_]  The defendant is ordered to forfeit the following property to the United States:

---

AO245.REV

Defendant: DAVID C. THOMPSON, SR.            Amended Judgment--Page  4  of  4
Case No.:   3:02-CR-00041-01-HRH

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is REVOKED and no term of supervision to follow.

The term of supervision is not extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV